IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KWARTENG PRINCE OSEI, | : | Civil No. 3:18-cv-0611 |
| Petitioner | : | (Judge Mariani) |
| v. | : | FILED SCRANTON |
| CRAIG A. LOWE, | : | MAY 31 2018 |
| Respondent | : | |

## ORDER

**AND NOW**, this 31st day of May, 2018, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED** as premature.

2. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge